No. 02–10914.  ADAMS *v.* GARCIA, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–10915.  BROWN *v.* JAMROG, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 02–10916.  BANKS *v.* BOOKER, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 02–10917.  BIEBER *v.* WISCONSIN DEPARTMENT OF CORRECTIONS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 02–10918.  AUGUSTIN *v.* HAWAII.  Sup. Ct. Haw.  Certiorari denied.

No. 02–10919.  WILSON *v.* NORTH CAROLINA.  Ct. App. N. C. Certiorari denied.

No. 02–10922.  DULANEY *v.* YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–10924.  COLE *v.* HOPKINS, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 02–10925.  PAYNE *v.* SMITH, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 02–10926.  MCKNIGHT *v.* LENSING, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 02–10927.  SCOTT *v.* DAVIS, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–10928.  CORTINAS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 02–10929.  MYRON *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 02–10930.  SMITH *v.* BUSHEY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–10931.  SAVAGE *v.* DISTRICT OF COLUMBIA.  C. A. D. C. Cir.  Certiorari denied.